# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF BEAUMONT, et al.,<br><br>　　　　　Defendants. | Case No. ED CV 14-1303-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Solera defendants' motion for attorney's fees, plaintiffs' application to strike the motion and for sanctions, the other pertinent records in this case, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

1       IT IS THEREFORE ORDERED that the Solera defendants' motion for
2 attorney's fees (docket no. 76) and plaintiffs' application to strike the motion and for
3 sanctions (docket no. 77) are denied.

5 DATED:   Sept 2, 2016

                                            HONORABLE VIRGINIA A. PHILLIPS
                                            UNITED STATES DISTRICT JUDGE