1
2
3
4
5
6
7
8
**UNITED STATES DISTRICT COURT**
9
**CENTRAL DISTRICT OF CALIFORNIA**
10
11  PAUL HUPP, et al.,                        ) Case No. ED CV 14-1303-VAP (SP)
                                              )
12              Plaintiff,                    )
                                              )
13          v.                                ) **ORDER ACCEPTING FINDINGS AND**
                                              ) **RECOMMENDATION OF UNITED**
14  CITY OF BEAUMONT, et al.,                 ) **STATES MAGISTRATE JUDGE**
                                              )
15              Defendants.                   )
                                              )
16  _____            )
17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended

19  Complaint, records on file, and the June 9, 2017 Report and Recommendation of the

20  United States Magistrate Judge.  Plaintiff has not filed any written Objections to the

21  Report within the time permitted.  The Court accepts the findings and

22  recommendation of the Magistrate Judge.

23  //

24  //

25
26
27
28

IT IS THEREFORE ORDERED that defendant Jack Huntsman's unopposed Motion for Judgment on the Pleadings (docket no. 110) is granted as to plaintiff Aristea Hupp, and plaintiff Aristea Hupp's claim against defendant Huntsman in Count 3 of the Second Amended Complaint is dismissed with prejudice.

DATED:  July 11, 2017

_____
HONORABLE VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE