# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BEAUMONT, et al.,<br><br>    Defendants. | Case No. ED CV 14-1303-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED: (1) defendant Jack Huntsman's Motion to Dismiss (docket no. 141) is granted; (2) plaintiff's motion for summary judgment or summary adjudication (docket no. 135) is consequently denied as moot; and (3) Judgment will be entered dismissing this action with prejudice.

DATED: November 15, 2017

HONORABLE VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE